UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGSLEY LA-JOHN WRIGHT,<br><br>            Plaintiff,<br><br>     v.<br><br>KELLER, et al.,<br><br>            Defendants. | No.  2:18-cv-2308 AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 24.  Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED:  June 16, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1